NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CW 04-1689 consolidated with CA 05-323

DIAMOND OFFSHORE COMPANY

VERSUS

SADAT MUHAMMAD

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 102638-D, C/W 86273
HONORABLE WILLIAM D. HUNTER, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Michael G. Sullivan, and J. David Painter, Judges.

AFFIRMED, AFFIRMED IN PART AND REMANDED.

Cameron B. Simmons
Attorney at Law
P. O. Drawer 232
Jeanerette, LA 70544
(318) 276-6034
Counsel for Defendant/Appellant:
Diamond Offshore Company

**Christopher Bremer Siegrist**
**Attorney at Law**
**407 Roussell St.**
**Houma, LA 70360**
**(985) 879-2427**
**Counsel for Defendant/Appellant:**
**Diamond Offshore Company**

**Lawrence D. Wiedemann**
**Wiedemann & Wiedemann**
**821 Baronne St.**
**New Orleans, LA 70113**
**(504) 581-6180**
**Counsel for Plaintiff/Appellee:**
**Sadat Muhammad**